# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: JOHN F. DOCHERTY | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 24-cr-337 KMM/JFD |
| | ) | Date: | December 23, 2024 |
| Shawn Grygo (1), | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | 6A |
| Defendant, | ) | Time Commenced: | 1:55 p.m. |
| | | Time Concluded: | 2:04 p.m. |
| | | Time in Court: | 9 minutes |

## APPEARANCES:

Plaintiff: Lindsey Middlecamp, Assistant U.S. Attorney
Defendant: Jean Brandl, Assistant Federal Public Defender
        X FPD      X To be appointed

Date Charges Filed: 12/18/2024    Offense: Conspiracy to commit wire fraud; aiding and abetting wire fraud; monetary transactions with proceeds of specified unlawful activity.

X Advised of Rights

on    X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                                          *s/aln*
                                                              Signature of Courtroom Deputy