UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-337(1) DSD/ECW

United States of America,

          Plaintiff,

v.                           **ORDER FOR APPOINTMENT OF COUNSEL**

Shawn Grygo,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Patrick Cotter, Attorney ID 319120, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated:  December 30, 2024          *s/Jon T. Huseby*
                                           Honorable Jon T. Huseby
                                           United States Magistrate Judge