AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 24-337 (1) DSD/ECW |
| Shawn Grygo | ) | |
| Defendant | ) | |

**RECEIVED JAN 03 2025**
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**RECEIVED 2024 DEC 19 AM 7:48 U.S. MARSHAL MINNEAPOLIS, MN**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Shawn Grygo,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy to Commit Wire Fraud 18:1349
Counts 2-10: Wire Fraud 18:1343 and 18:2
Counts 11-13: Monetary Transactions with Proceeds of Specified Unlawful Activity 18:1957

Date: 12/18/2024

*Issuing officer's signature*
Kate M. Fogarty, Clerk of Court
*Printed name and title*

City and state:   Minneapolis, MN

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date:
ARRESTED ON 12/23/2024
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*
SCANNED JAN 06 2025 AR
*Printed name and title* U.S. DISTRICT COURT MPLS