UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
24-cr-337(1) (KMMM/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Shawn Grygo,<br><br>Defendant. | **STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |

PURSUANT TO 18 U.S.C. § 3161(H)(7)(A), I, Shawn Grygo, present the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. My attorney and I need additional time to review the voluminous amount of evidence produced by the government to date. We need additional time to receive from the government extensive additional discovery not yet received and review it. My attorney needs additional time to adequately investigate. I need additional time to engage in meaningful discussions with my attorney regarding my case. For these reasons, I believe that I need more time than the Speedy Trial Act allows.

Base on the above facts, I am requesting a 120-day extension of the motions filing date and extend all other deadlines accordingly. I have discussed this matter with my attorney and I voluntarily make this request, with knowledge of my rights under the Speedy Trial Act.

Dated:  21/02/20

Shawn Grygo (Feb 21, 2025 12:43 CST)

Respectfully submitted,

**SIEBEN & COTTER, PLLC**

Dated:  02/21/2025

*/s/ Patrick L. Cotter*
Patrick L. Cotter
Attorney No. 0319120
Attorneys for Defendant
105 Hardman Court, Suite 110
South St. Paul, MN 55075
Phone: (651) 455-1555