IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Shawn Grygo (1),<br><br>  Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  DOUGLAS L. MICKO<br>U.S. MAGISTRATE JUDGE<br><br>Case No:       24-cr-337 (KMM/JFD)<br>Date:          March 7, 2025<br>Courthouse:    St. Paul<br>Courtroom:     6B<br>Time Commenced: 2:04 p.m.<br>Time Concluded: 2:39 p.m.<br>Time in Court:  35 minutes |

X **BOND REVOCATION HEARING**          X **DETENTION HEARING**

  Time in Court Bond Rev/Detention: 2 minutes/33 minutes

Plaintiff: Lindsey Middlecamp, Assistant U.S. Attorney
Defendant: Patrick Cotter
         X CJA

On    Violation of  X **Pre-trial Release**


X Defendant waives the right to the bond revocation hearing.
X Defendant is found to have violated conditions of release.

X Released on previous and additional conditions – order forthcoming.


                                                _s/nah_
                                       Signature of Courtroom Deputy