UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

## ORDER

United States of America,

               Plaintiff,

v.

Shawn Grygo,

               Defendant,

Docket No. 0864 0:24CR00337-001(DLM)

IT IS HEREBY ORDERED that the following be added to the defendant's conditions of release:

The defendant shall not possess or use a computer or have access to any on-line service without the prior approval of the U.S. Probation and Pretrial Services Office. The defendant's cooperation shall include, but not be limited to, allowing installation of a computer and Internet monitoring program and/or identifying computer systems, Internet-capable devices, and similar memory and electronic devices to which the defendant has access. Monitoring may include random examinations of computer systems along with Internet, electronic, and media storage devices under the defendant's control. The computer system or devices may be removed for a more thorough examination, if necessary.

The defendant shall provide the probation officer access to any requested financial information, including credit reports, credit card bills, bank statements, and telephone bills.

For the purpose of verifying compliance with any Court-imposed condition of supervision, the defendant shall be placed on a program of Stand-Alone Monitoring as determined by the U.S. Probation and Pretrial Services Office, in which she will be monitored by location monitoring technology, with or without a specified schedule, as directed by the probation officer. The defendant shall be required to pay all or part of the costs of location monitoring based on their ability to pay.

If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant must also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

Dated: 3/7/25

Douglas L. Micko
U.S. Magistrate Judge