UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-337 (KMM/JFD)

UNITED STATES OF AMERICA,

      Plaintiff,

v.              **NOTICE OF SUBSTITUTION**

SHAWN GRYGO, ET AL.,

      Defendant.

Please substitute the following Assistant United States Attorney to the above-captioned case:

Add AUSA

Harry M. Jacobs

Remove AUSA

Lindsey E. Middlecamp

Dated: April 21, 2025        Respectfully submitted,

                                                          LISA D. KIRKPATRICK
                                                          Acting United States Attorney

                                                          *s/Lindsey E. Middlecamp*
BY:   LINDSEY E. MIDDLECAMP
        Assistant U.S. Attorney