PS 8  
(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Shawn Grygo           Docket No. 0864 0:24CR00337-001(JFD)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Cristian C. Garcia, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Shawn Grygo** who was placed under pretrial supervision by the Honorable John F. Docherty, sitting in the Court at St. Paul on the 23 day of December, 2024, under the following special conditions:

- Pretrial Services Supervision
- Obtain and Maintain Employment (Added on March 7, 2025)
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness
- Weapons Restriction
- Report Contact with Law Enforcement
- Location Monitoring Program: Stand Alone Monitoring with Global Positioning System (GPS) (Added on March 7, 2025)
- Access to Financial Information (Added on March 7, 2025)
- Computer/Internet Restrictions/Search (Added on March 7, 2025)
- Employment Requirements/Restrictions
- Report Change of Address
- No New Credit Charges/Lines

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 7, 2025, Grygo was placed on location monitoring program: stand-alone monitoring with a GPS component. Since then, Grygo has remained complaint with location monitoring program without incident.

PRAYING THAT THE COURT WILL ORDER:

That the following condition be removed:

- For the purpose of verifying compliance with any Court-imposed condition of supervision, the defendant shall be placed on a program of Stand-Alone Monitoring as determined by the U.S. Probation and Pretrial Services Office, in which she will be monitored by location monitoring technology, with or without a specified schedule, as directed by the probation officer. The defendant shall be required to pay all or part of the costs of location monitoring based on their ability to pay.

ORDER OF THE COURT

Considered and ordered this  22nd  day of  September , 2025, and ordered filed and made a part of the records in the above case.

*s/ John F. Docherty*
John F. Docherty
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

*s/ Cristian Garcia*
Cristian C. Garcia
U.S. Probation Officer
612-664-5459

Executed on   September 17, 2025

Place              Minneapolis

Approved:

*s/ Mathias R. Antony*
Mathias R. Antony
Supervisory U.S. Probation Officer