# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHAWN GRYGO,

    Defendant.

Case No. 24-cr-337 (KMM/JFD)

UNITED STATES' SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States Attorney's Office for the District of Minnesota, by and through Daniel N. Rosen, United States Attorney, and Craig R. Baune, Assistant United States Attorney, hereby files the following Bill of Particulars.

Upon conviction of Counts 1-10 of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), any property real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses, including but not limited to the following assets listed in the attached Attachment A.

Upon conviction of Counts 11-15 of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property.

If the above-described forfeitable property is unavailable for forfeiture within the definition of 21 U.S.C. § 853(p), the United States intends to seek the forfeiture of

substitute property pursuant to as 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b).

| | |
|---|---|
| Dated: 11/7/2025 | DANIEL N. ROSEN<br>United States Attorney<br><br>*s/Craig Baune*<br>BY:  CRAIG R. BAUNE<br>Assistant U.S. Attorney<br>Attorney ID No. 331727<br>600 United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Phone:  612-664-5600<br>Craig.baune@usdoj.gov |

2