# ATTACHMENT A

1.  The real property located at 14015 Julliard Steet NE, Columbus, Anoka County, Minnesota, also identified by PID No. 35-32-22-21-0007;

2.  The real property located at 2483 Lake Avenue, White Bear Lake, Ramsey County, Minnesota, also identified by PID No. 123022340006;

3.  The real property located at 15974 Ethan Trail N, Hugo, Washington County, Minnesota, also identified by PID No. 18.031.21.21.0067;

4.  David Yurman sterling silver dog tag pendant made of meteorite on an 18" David Yurman sterling silver ;

5.  14kt white gold, lab grown Alexandrite post style earrings;

6.  Tiffany & Co. .925 sterling silver "Dream a little" heart pendant on an 18" chain;

7.  18kt Yellow gold and diamond Louis Vuitton pendant on one 20" 18kt yellow gold LV Chain;

8.  Chanel Ruthenium iridescent CC crystal necklace measuring 24" in length;

9.  Tiffany & Co .925 sterling silver and blue enamel shopping bag charm on one 17" sterling silver chain;

10. 14kt white gold heart pendant containing 3 earth mined diamonds on a 14kt white gold 18" chain;

11. 18" Chanel black metal and faux pearl necklace with beads;

12. Chanel 32" belt made up of large oval CC discs;

13. Tiffany & Co sterling silver "Love You" large heart pendant with blue enamel on a 16" T&Co chain;

14. Tiffany&Co sterling and pink girl silhouette charms one engraved Poppy and one Micki on a 19" chain;

15. Rose-gold plated sterling silver chain with cubic zirconia Mickey Mouse theme;

16. Rose-gold plated sterling silver chain with Disney castle pendant containing cubic zirconia;

17. 18" 3mm wide white metal omega necklace with one white metal pendant with one 6mm trillion tanzanite;

18. Gold plated 7" "DI" bracelet;

19. One white metal with red enamel Coach bangle bracelet 19mm wide;

20. Pair of CC Chanel white metal earrings;

21. Rose-gold plated steel earrings with white rhinestones;

22. Sterling silver Tiffany&Co 1837 3mm wide ring;

23. Tiffany&Co .925 sterling silver New York 5th ave 3mm ring;

24. One Chanel black metal classic CC crystal ring;

25. Platinum .950 diamond fashion ring by Gabriel & Co.;

26. Sterling "return to Tiffany & Co New York" ring;

27. 14kt white gold thin vintage anniversary ring containing 5 2mm single-cut diamonds;
28. gold tone 18mm round roman numeral clock charm;
29. Sterling silver .925 bangle bracelet with one heart locket;
30. 14kt yellow gold thin link 20" chain with 10kt gold girl head engraved "Micki 6-26-21";
31. Child's stretch bracelet containing 8 oval Biwa pearls with small sterling charm;
32. 14kt white gold serpentine 20" chain with Gabriel&Co diamond pendant;
33. 14kt white gold square fancy link chain with 14kt white gold J shaped pendant with Mexican Opal;
34. 14kt white gold 20" chain with one 14kt white gold pendant containing one Australian white opal;
35. Pair of 14kt white gold and diamond post earrings. Each containing 4 round mine cut diamonds;
36. Disney Parks .925 gold plated sterling silver charm necklace with one 50-year celebration charm;
37. Pair 18kt white gold and 8.5mm pearl stud Tiffany&Co earrings;
38. Pair 18kt yellow gold heart shaped "Please return to Tiffany&Co New York" stud earrings;
39. Pair sterling silver, cubic zirconia and 4mm cultured pearl Disney bow earrings;
40. 18kt yellow gold Tiffany&Co chain and heart shaped "Return to Tiffany&Co New York 750";
41. 18" strand of 8mm fine rose Tiffany&Co cultured pearls with an 18kt white gold clasp;
42. Louis Vuitton Tambour moon 35mm stainless steel quartz wristwatch with a red alligator strap QA106;
43. Rolex Oyster Mickey Mouse theme 18kt yellow gold wristwatch with genuine Rolex crocodile band;
44. Sterling silver and stainless-steel Na-HOKU inlaid money clip containing abalone shell and onyx;
45. Italian .925 sterling silver monogrammed "DB" key chain;
46. .925 and light blue dog tag style pendant with skull on rope chain;
47. Leather bracelet with three personalized links and a silver clasp;
48. 18kt Yellow gold David Yurman ID bracelet engraved "Micki Belle" and "Poppy Belle";
49. Seiko quartz watch with date. White dial and gold tone top with black leather band;
50. Gents 8mm wide Louis Vuitton Empreinte band;
51. Gents 14kt yellow gold and diamond cluster ring. 7, 4mm diamonds;
52. Sterling silver Vibe ring containing one 10mm cushion cut citrine;

53. Gents 14 kt white gold and diamond fashion ring containing 59 round full cut diamonds ranging in size;
54. Gents 14kt white gold and diamond fashion ring containing 5 dark blue diamonds and 14 white diamonds;
55. Gents 14kt white gold Kabana ring with 1 black Mother of Pearl Cabochon surrounded by 26 diamonds;
56. Gents 14kt yellow gold EFFY ring containing one black diamond and 40 diamonds;
57. Gents 10kt white gold Disney Mickey Mouse logo top signet ring;
58. Louis Vuitton Tambour 38mm stainless steel wristwatch with blue leather band;
59. Disney costume enamel and rhinestone snowman earrings;
60. Disney enamel costume Mickey Mouse earrings by Baublebar;
61. Six prong base metal costume earring with cubic zirconia;
62. Single 22kt yellow gold screw back earring with eight 2mm white faceted stones;
63. Authentic Rolex complication setting tool for a Cellini watch Fendi bag by Karl art books and coffee table art books;
64. Louis Vuitton Poker case with poker chips, dice and card all with LV design and logo;
65. Louis Vuitton chess board and pieces in Louis Vuitton box;
66. Louis Vuitton medium roller bag hard side - brown leather;
67. Louis Vuitton ping ping mallets with Louis Vuitton case and 4 LV ping pong balls with LV holder;
68. Coach leather stuffed Mickey Mouse;
69. Coach leather stuffed Donald Duck;
70. Louis Vuitton ping ping mallets with Louis Vuitton case and 4 LV ping pong balls with LV holder;
71. Louis Vuitton Black roller bag (medium);
72. Louis Vuitton Day planner;
73. Louis Vuitton Dayplanner sleeve/cover (calendar sleeve);
74. Brown and white cow skin rug;
75. Louis Vuitton lounge chairs with blue and black detail on white canvas;
76. Louis Vuitton brown classic LV design Jewelry trunk;
77. Louis Vuitton cream teddy bear;
78. Fendi Jenga game in case;
79. Fendi Stroller Inglesina;
80. Louis Vuitton throw wrap/blanket blue/white;
81. Louis Vuitton throw pillow blue/white stripe;
82. Louis Vuitton white hard side suitcase/trunk - medium with black protective cover;
83. Louis Vuitton white hard side suitcase/trunk - large with black protective cover (monogram "MB");

84. Louis Vuitton brown classic LV design Jewelry trunk containing jewelry;
85. Fendi small table lamp black with gold F design;
86. Louis Vuitton empty jewelry box orange;
87. Louis Vuitton brown jewelry box;
88. Hermes Apple watch empty box;
89. Louis Vuitton black watch/jewelry box/trunk;
90. Louis Vuitton white and blue with brass hardware trunk;
91. Louis Vuitton navy blue Jewelry/watch box;
92. Louis Vuitton Trunk Table clock with dual time dial and 24-hour display;
93. Louis Vuitton Humidor;
94. Nineteen (19) different variety cigars;
95. Louis Vuitton large Pillow with orange and cream;
96. Louis Vuitton small Pillow with orange and cream;
97. Louis Vuitton small Pillow with orange, pink, and cream;
98. Louis Vuitton leather popcorn box;
99. Louis Vuitton Advent Calendar box with several unopened (2023);
100. Louis Vuitton international travel power converter;
101. Louis Vuitton Brown Classic LV design Ice Bucket "Cannes Vase";
102. Moulin Rouge signed Broadway Playbill;
103. Louis Vuitton Orange Swarovski crystals trainer sneakers (Mens);
104. Louis Vuitton Trainer Sneakers 'Crystals White and Green', #54 on back;
105. Louis Vuitton blue denim w/ tie dye shoelaces with "Louis Vuitton" monogram trainer sneaker;
106. Louis Vuitton Grey with LV classic design and yellow on tongue running shoe;
107. Louis Vuitton blue terrycloth/sued LV classic design, "Louis Vuitton " signature on side;
108. Louis Vuitton orange with purple/cream plaid and "Louis Vuitton" signature on the side court shoes;
109. Louis Vuitton green checkered with Purple/Cream plaid and "Louis Vuitton" sig on the side court shoe;
110. Louis Vuitton black, brown and white with Classic LV design, leather "running" shoes;
111. Louis Vuitton green Denim w/ tie dye shoelaces with "Louis Vuitton" signature on side court shoes;
112. Louis Vuitton orange and purple Rhinestone embellished court shoes w/#54 on the back;
113. Robert Lewis brown Suede and Sherpa Ranch Coat, Sz 44;
114. Gucci, Yellow silk/satin suit coat in Gucci cloth bag;
115. Louis Vuitton navy blue with black leather arm border with LV design bomber style jacket;
116. Louis Vuitton green and black Damier Nylon Tailored jacket with tags;
117. Fur Vest with monogram (SG FB);

118. Coach red quilted jacket;
119. Louis Vuitton Film studio mix leather Blouson;
120. Gucci, Brown with GC classic design and sequin;
121. Louis Vuitton black Mink coat with tags, interior has LV design with blue flower design;
122. Louis Vuitton black with color polka dot raincoat and brown classic LV toggles;
123. Louis Vuitton Brown leather with LV classic logo roller carryon bag/suitcase;
124. Fendi blue and brown hooded poncho;
125. Burberry cashmere earmuffs;
126. Louis Vuitton Black mix leather sleeve bomber style jacket with LV logo on back;
127. Louis Vuitton white oxford shirt with LV design all over;
128. Louis Vuitton navy blue suit coat with gold LV emblem on pocket and gold buttons;
129. Louis Vuitton Brown fur with LV logo design and yellow leather piping border short jacket with hood;
130. Louis Vuitton Brown fur stole/shawl with White LV design;
131. Fendi Brown and Black cape/poncho with F design;
132. Juicy Couture tan suede mule with sherpa lined;
133. Fendi baby sweatshirt, pink;
134. Fendi sweatshirt 6m, purple;
135. Fendi sweatpants 6m, purple;
136. Old Gringo red and cream cowboy boots;
137. Louis Vuitton Flip Flops, Pink;
138. Imbram, Sasha brown/pink/cream boot with fur lining and top;
139. Louis Vuitton black cloth LV classic design logo bomber/short zip up jacket;
140. Louis Vuitton black cloth bomber short zip Hybrid zip hoodie in Louis Vuitton cloth bag;
141. Louis Vuitton Blue leather with cloth sleeves bomber (LV classic design on torso) with Louis Vuitton;
142. Louis Vuitton embroidered bomber jacket (candy crush interior) in Louis Vuitton cloth bag;
143. Louis Vuitton baggy pajama bottoms , powder blue;
144. Max Davoli Custom suit from Haimes (Suit coat and pants) blue plaid in plain black garment bag;
145. Louis Vuitton blue cream pink peach button down in cloth bag;
146. Saks Fifth Avenue Aquamarine blue plaid suit coat;
147. Louis Vuitton Black/grey check LV logo design suit coat;
148. Louis Vuitton White fur vest with blue LV flower design in Louis Vuitton cloth bag;

149. Louis Vuitton Navy winter belted coat with black leather piping in louis Vuitton cloth bag;
150. Coach Grey Floral hooded raincoat with cow leather trim;
151. Louis Vuitton Grey flannel hooded jacket with black floral design in Louis Vuitton cloth bag;
152. Burberry rain coat with zip out warm lining detachable hood, black with Burberry plaid interior;
153. Fendi poncho, cream, tan and red border;
154. Gucci leather, SEBA print python jacket (Blue red and white) with Gucci bag and tags;
155. Louis Vuitton cream/light blue reversible belted coat;
156. Louis Vuitton letterman sweater (cream and brown);
157. Louis Vuitton Brown Fur Hoodie vest with blue leather;
158. Coach brown leather backpack with Mickey Mouse patches;
159. Dooney & Bourke "Disney Haunted Mansion" backpack;
160. Coach Brown leopard leather backpack;
161. Coach Grey Floral leather and canvas backpack;
162. Burberry tote/shoulder bag - Burberry signature plaid with patent leather border;
163. Louis Vuitton grey rock-climbing themes trunk with monogrammed tag holder and gold chain;
164. Louis Vuitton black leather backpack calfskin;
165. Louis Vuitton black leather duffle with lock, ostrich exterior and calfskin interior leather;
166. Louis Vuitton black and grey LV design leather makeup bag/clutch;
167. Louis Vuitton Brown leather LV design document bag/briefcase with large gold chain and lock;
168. Louis Vuitton green leather small handbag with lock and gold accents;
169. Louis Vuitton black and grey LV design leather medium to large duffle;
170. Louis Vuitton Green White and Tan leather duffel bag with LV cloth pillow inside for shape;
171. Louis Vuitton Black and Grey classic LV design leather shaving kit bag;
172. Louis Vuitton Royal Blue Rhinestone and White leather court shoes;
173. Louis Vuitton Blue sued trim and light blue canvas running shoes with LV design;
174. Louis Vuitton Blue denim with hot pink stitching and white laces running shoe;
175. Louis Vuitton Black rhinestone and white leather court shoes;
176. Louis Vuitton navy blue leather slip on shoe;
177. Louis Vuitton black classic LV design sport sandal;
178. Louis Vuitton black and white leather tennis shoe;
179. Louis Vuitton black, silver and red rhinestone embellished court shoes with #54 on back;

180. Louis Vuitton purple Rhinestone embellished court shoes;
181. Louis Vuitton purple and white leather court shoes;
182. Gucci black quilted shoulder bag/tote with purple satin lining;
183. Fendi Lime green tote bag with yellow shoulder strap and tortoise shell & gold handle;
184. Louis Vuitton cloth bag – small;
185. Louis Vuitton black and white polka dot tote bag leather;
186. Louis Vuitton white green canvas beach tote;
187. Hermes cloth bag – mini;
188. Louis Vuitton pink and yellow pastel total bag;
189. Blue leather and silver hooks - random handle - no purse;
190. Louis Vuitton large classic duffel bag with a twist - Brown with silver metallic handle and top/zip;
191. Louis Vuitton classic brown leather tote with classic LV design;
192. Louis Vuitton brown scarf with animal print and LV classic design;
193. Kate Spade Disney shoulder bag/tote;
194. Juicy Couture grey velour and brown leather shoulder bag;
195. Fendi Navy large sequin purse;
196. Dooney & Bourke Hot pink canvas and navy leather shoulder bag;
197. Michael Kors leather snake print shoulder bag;
198. Gucci blue leather with gold stitch detailing - Adidas flower details;
199. Michael Kors burgundy leather shoulder bag - gold MK emblem;
200. Gucci Orange leather, Hot Pink/Green tote;
201. Coach gold shoulder bag with Poppy patches/details - purple strap;
202. Coach black leather saddle shoulder bag;
203. Dior purple and rhinestone sunglasses;
204. Coach reptile leather flats;
205. Coach platform sandals;
206. Coach tennis with pink hearts;
207. Chanel tennis shoes, pink, blue, magenta and black;
208. Coach slide sandals with Mickey Mouse;
209. Coach leisure tennis shoes - brown coach design;
210. Chanel tennis shoes, rust grey and black;
211. Michael Kors black and white cow hide tennis shoes;
212. Coach Stiletto sandals with snake skin heels;
213. Coach black leather "Star Wars" tote;
214. Coach black leather "Star Wars" wallet;
215. Corral Handcrafted Pink splatter cowboy boots with green lining;
216. Louis Vuitton cloth bag with pillow;
217. Louis Vuitton cloth duster bag;
218. Louis Vuitton Large cloth bag;
219. Louis Vuitton medium cloth bag;
220. Brahman Brown Alligator embellished leather handbag;

221. Kate Spade Magenta and cream leather handbag;
222. Coach tan and brown suede mini tote/small purse;
223. 2 Louis Vuitton hangers;
224. Black Jack Brown leather cowboy boots - mens
225. Gucci Red with green stripes;
226. Gucci Blue with Gucci signature red/green stripes;
227. Gucci Red leather croc design loafers – mens;
228. Fendi black/navy croc leather loafers – mens;
229. Fendi Flow sneakers with black, white and blue – mens;
230. Fendi sneakers grey with Blue snakeskin design on side;
231. Louis Vuitton black leather loafers – mens;
232. Fendi Brown and black with clear rhinestone embellishments – sneakers;
233. Louis Vuitton Black, White and red sneakers;
234. Two pair Gucci Shoelaces, 1 - red and 1 blue;
235. Louis Vuitton ribbon;
236. Loungefly, Disney Gold 50 Anniversary backpack;
237. Loungefly Disney pink Riviera backpack;
238. Loungefly Disney Blue Mickey and Friends backpack;
239. Loungefly Disney Blue - Cruise design backpack;
240. Loungefly Disney tropical backpack;
241. Loungefly Disney Riviera white and red with Minnie and Mickey backpack;
242. Loungefly Disney Blue - 50th Anniversary backpack;
243. Loungefly Aulani resort backpack – Blue;
244. Louis Vuitton Back leather handbag with classic LV design - rope handle;
245. Louis Vuitton - Neon Yellow crossbody;
246. Louis Vuitton classic brown mini backpack;
247. Dooney & Bourke Haunted Mansion tote with certificate;
248. Michael Kors Black Fur Shoulder bag;
249. Dooney & Bourke Aulani Resort tote;
250. Dooney & Bourke Flower and Garden Festival tote;
251. Louis Vuitton brown fur mini purse;
252. Louis Vuitton Grey and Cream checkered tote;
253. Dooney & Bourke Disney Park Tote - With Tinkerbell;
254. Dooney & Bourke Disney Park clutch with Tinkerbell;
255. Dooney & Bourke Epcot Food and Wine Festival;
256. Dooney & Bourke Disney Princesses tote;
257. Dooney & Bourke Nutcracker handbag - teal color;
258. Dooney & Bourke Flowers and Garden Festival 2023 (Snow White) tote;
259. Dooney & Bourke Aulani shoulder bag - coral color;
260. Dooney & Bourke Lion King tote;
261. Dooney & Bourke Food and Wine Festival 2018 - White with Mickey and Minnie;

262. Dooney & Bourke Bambi - Woodland Creatures - green tote/shoulder bag - - Caley Hicks;
263. Dooney & Bourke 50th Anniversary small handbag/cross body – Blue;
264. Dooney & Bourke Pink tote - "Love" Mickey and Minnie;
265. Dooney & Bourke "Disney Vacation Club";
266. Dooney & Bourke 2021 Food And Wine Festival - Blue with Belle;
267. Dooney & Bourke "Cats" shoulder bag -Pink;
268. Muse - Blue Paisley suit coat;
269. Hermes Black leather jacket in Hermes cloth garment bag;
270. Louis Vuitton Polo shirt - Black, LV clear rhinestone emblem on chest in Louis Vuitton cloth garment;
271. Louis Vuitton Hooded denim jacket, Black;
272. Drago Green Suitcoat, with Jaimes Haberdashery silk kerchief in Louis Vuitton cloth garment bag;
273. Gucci Tan and Blue canvas and down puffer vest in Gucci cloth garment bag;
274. Dooney & Bourke yellow plaid tote;
275. Dooney Bourke black with Disney Princesses;
276. Dooney & Bourke teal Moana handbag;
277. Dooney & Bourke colorful Mickey heads - Black tote;
278. Dooney & Bourke Walt Disney World 50th with Princess Castle;
279. Dooney & Bourke Halloween "Hocus Pocus and Disney Villains" tote;
280. Dooney & Bourke Christmas tote;
281. Dooney & Bourke tote" Raining Cats And Dogs";
282. Dooney & Bourke tote "New York Disney";
283. Burberry classic plaid handbag;
284. Fendi "Hot Pink" Leather tote handbag with strap - with tortoise handles and with tags;
285. Fendi Green crocodile leather airpod case;
286. Louis Vuitton Blue small tote handbag;
287. Louis Vuitton Yellow small tote handbag;
288. Louis Vuitton Black with rhinestone city scape design small/med tote;
289. Louis Vuitton Purple leather trunk;
290. Louis Vuitton Neon yellow and Aqua blue crossbody trunk;
291. Louis Vuitton Blue with multi color LV design tri fold with gold chain strap;
292. Louis Vuitton White shimmer small tote handbag;
293. Louis Vuitton Aqua blue small tote handbag with canvas strap;
294. Louis Vuitton Hot pink with straw bottom small tote handbag with tags;
295. Louis Vuitton light blue patent leather tri fold with gold chain handle/strap;
296. Louis Vuitton white with multi color polka dots medium tote handbag;
297. Louis Vuitton purple and pink ombre small handbag with silver chain strap;
298. Louis Vuitton mint green medium tote handbag with silver padlock and strap;

299. Louis Vuitton Mickey Mouse crossbody purse shape Mickey head and brown classic LV design;
300. Louis Vuitton brown cross body bag with classic LV design;
301. Louis Vuitton white with pink flowers (crystal/bead design) small tote handbag;
302. Louis Vuitton Blue snake skin large handbag with blue LV scarf - purple pumpkins;
303. Louis Vuitton White small tote handbag with LV design all over;
304. Louis Vuitton small mint green purse;
305. Louis Vuitton small brown with metallic trunk;
306. Fendi Camel Leather tote handbag with strap - with tortoise handles and with tags;
307. Fendi Denim Tote handbag with strap and camel handles;
308. Fendi Salmon small tote;
309. Fendi Navy black with Gold handle and trim small tote;
310. Fendi silver rhinestone small tote;
311. Fendi Nano baguette crystal coin purse;
312. Fendi silver with bow small tote;
313. Fendi sequin copper medium tote;
314. Fendi taupe with embroidered Fendi in brown;
315. Gucci teal with gold buckle shoulder bag;
316. Fendi Burgundy snake print, Small tote with strap;
317. Fendi Sand beaded small tote with braided handle;
318. Fendi Black ankle boots with gold heel;
319. Louis Vuitton yellow and white court shoes;
320. Louis Vuitton white and taupe platform sneakers;
321. Louis Vuitton white and blue denim platform sneakers;
322. Louis Vuitton white denim and camel trim platform sneakers;
323. Hermes yellow, pink and Grey sneakers;
324. Fendi black and brown "Love" on strap walking tennis;
325. Fendi silver wedge sandal (F wedge);
326. Nike/Louis Vuitton Air Force Gold and brown sneakers;
327. Hermes Blue suede mules;
328. Hermes Blue suede loafers;
329. Fendi Salmon flower and nude heels;
330. Fendi nude sequin heels;
331. Fendi Off white canvas heels;
332. Fendi Navy velvet heels;
333. Fendi Aquamarine sequin heels;
334. Louis Vuitton Evergreen with gold accents medium tote;
335. Louis Vuitton Cream with pink and silver rhinestone LV design trifold clutch;
336. Louis Vuitton Denim trifold clutch with cream strap;

337. Louis Vuitton Yellow Speedy 25 with Yellow LV coin purse and camel straps w/gold lock;
338. Louis Vuitton Brown Speedy 25 handbag;
339. Louis Vuitton Blue ombre acid wash style trunk with silver details;
340. Louis Vuitton green fur handbag with gold chain;
341. Louis Vuitton Red Speedy 25 with matching coin purse and camel details handle;
342. Louis Vuitton Blue Speedy 25 with gold chain and matching coin purse;
343. Louis Vuitton pink small, rounded tote with large pink strap;
344. Louis Vuitton Black with blue and silver rhinestone LV design trifold clutch with silver chain handle;
345. Louis Vuitton bright blue and black small trunk;
346. Louis Vuitton red and white polka dot handbag with LV closure;
347. Louis Vuitton teal with silver LV closure and silver chain strap small;
348. Louis Vuitton green snake skin small handbag with gold chain and gold LV closure;
349. Louis Vuitton brown tube purse/clutch with sand suede lining;
350. Louis Vuitton gold clutch with black and white beaded LV design and hard gold ends;
351. Louis Vuitton black croc and gold shimmer LV closure and black strap small handbag;
352. Louis Vuitton brown with characters on beach mini purse small gold chain;
353. Louis Vuitton Green and Bronze with Bronze details and bronze chain trunk handbag;
354. Louis Vuitton Yellow snakeskin trunk with gold details - no strap
355. Louis Vuitton purple trunk small;
356. Louis Vuitton White with red and Blue LV design small trunk with strap;
357. Louis Vuitton platinum and black crystal embellished small trunk;
358. Louis Vuitton Magenta sandals;
359. Louis Vuitton green & white platform sneakers;
360. Hermes denim sandals;
361. Louis Vuitton white with pink LV design sandals;
362. Fendi carpet/fur magenta sandals;
363. Louis Vuitton white sandals;
364. Louis Vuitton Sherpa camel boots (UGG like);
365. Cinderella Wedge shoes;
366. Fendi blue fur sandals;
367. Louis Vuitton peach with floral footbed sandals;
368. Hermes gold slip on sandals;
369. Fendi denim slip on sandals;
370. Fendi silver rhinestone slip on sandals;
371. Fendi Cream and green floral slip on sandals;
372. Fendi Camel and Salmon floral slip on sandals;

373. Louis Vuitton black platform sneakers;
374. John Fluevog cowhide boots;
375. Louis Vuitton denim ankle boots with blue heel;
376. Nike Air Force One with Green and Yello - PGA gold symbol sneakers;
377. Louis Vuitton brown and White with multi color polka dots platform sneakers;
378. Fendi Brown sequin heels;
379. Dooney & Bourke Pink crossbody with Mickey and Minnie "Love" hearts balloons;
380. Dooney & Bourke Disney Skyliner purse with Mickey and Minnie and Donald and Daisy;
381. Dooney & Bourke Anna and Elsa small purse;
382. Dooney & Bourke Beauty and Beast crossbody handbag;
383. Dooney Bourke 50th Anniversary shoulder bag with purple, blue and Brown /Mickey and Minnie;
384. Dooney & Bourke small cross body white with multiple Disney character sketched;
385. Dooney & Bourke Brown with Mickey's in animal print design handbag;
386. Loungefly Disney Parks Black Halloween treats backpack;
387. Dooney & Bourke Blue, Pink and Purple Haunted Mansion backpack;
388. Dooney & Bourke Mr. Toad purse;
389. Dooney & Bourke Disneyland Dogs and Cats;
390. Dooney & Bourke Bright purple and Pink Haunted Mansion handbag;
391. LoungeFly Grand Floridian Cream and Blue tote handbag – large;
392. Coach laptop magenta plaid laptop sleeve/bag;
393. Louis Vuitton glasses Large Black Framed;
394. Chanel teal zip billfold/clutch;
395. Chanel Coral snow hat with Chanel diamond pin;
396. Louis Vuitton light blue baseball cap;
397. Louis Vuitton trucker baseball cap;
398. Louis Vuitton baseball cap with leopard print – fake;
399. Coach Red and Black paisley Mickey tote;
400. Louis Vuitton denim large tote;
401. Coach green suede wristlet;
402. Coach Scottish plaid small handbag;
403. Chanel Coco silver bag;
404. Louis Vuitton Navy with Gold Floral beading design handbag;
405. Louis Vuitton Beach with strange human design handbag and 3 gold penguin charms;
406. Louis Vuitton Blue and Pink with Opal/gold enclosure handbag;
407. Louis Vuitton bright pink with gold details handbag;
408. Louis Vuitton round coin purse classic brown design;
409. Louis Vuitton double black and pink cross body quilted handbags;

410.  Louis Vuitton Navy and Metallic tote with attached wristlet;
411.  Louis Vuitton light blue fur flower bag charm;
412.  Louis Vuitton metallic light blue with silver details handbag;
413.  Louis Vuitton metallic crocodile handbag with credit card holder;
414.  Louis Vuitton Navy card holder;
415.  Louis Vuitton Black with silver and gold bridge design handbag;
416.  Louis Vuitton Indigo crocodile handbag with shoulder strap;
417.  Louis Vuitton light blue with spring flowers and butterfly detail small handbag with strap;
418.  Louis Vuitton Brown and Gold LV classic design with gold chain and LV closure;
419.  Louis Vuitton Blue/White stripe sequin with leopard print sequin small handbag;
420.  Louis Vuitton Black with multicolor LV design medium handbag;
421.  Louis Vuitton hot pink snake skin small handbag;
422.  Louis Vuitton Clear and Brown Checkered large beach bag/tote;
423.  Louis Vuitton White and Purple fur backpack;
424.  Louis Vuitton Speedy Duffle with Red trim;
425.  Louis Vuitton Surf Hawaii theme backpack;
426.  Louis Vuitton Round with green trim and interior trunk;
427.  Louis Vuitton Black crocodile with gold hardware small tote/handbag;
428.  Louis Vuitton Blue Ombre crocodile with silver hardware small tote/handbag;
429.  Louis Vuitton Navy tote with LV in sailor/rope design on front;
430.  Louis Vuitton Blue tweed small tote/handbag;
431.  Louis Vuitton beachcomber bag with hot pink and Los Angeles on the front;
432.  Dooney & Bourke White with Disney characters and sayings "Curious by Nature";
433.  Dooney & Bourke Light Blue with Belle "Beauty and the Beast";
434.  Dooney & Bourke tote off white with "Star Wars";
435.  Dooney & Bourke crossbody white with tan "Disney Parks";
436.  Louis Vuitton black quilted handbag with red, green, clear and gold crystals silver hardware small;
437.  Louis Vuitton blue iridescent with gold hardware small tote/handbag;
438.  Louis Vuitton hot pink quilted leather purse with gold hardware;
439.  Louis Vuitton hot pink with wallet pocket on front clutch/handbag;
440.  Fendi yellow with grey handle and small coral purse charm attached, small tote;
441.  Louis Vuitton pearlized small tote - off white, lizard skin exterior and goat skin interior;
442.  Louis Vuitton lavender small tote with jeweled strap;
443.  Louis Vuitton metallic snake skin small tote-gold;

pg. 13

444. Louis Vuitton black rubber trunk with "calfskin exterior, cowhide interior" with blue iridescent handle;
445. Louis Vuitton pink and yellow pastel checkered small tote with silver beading basketweave appearance;
446. Louis Vuitton burgundy/maroon small tote with Python top and handle leather;
447. Louis Vuitton Maroon fur small tote/handbag;
448. Louis Vuitton brown classic trunk - Medium with pink LV scarf wrapped around handle;
449. Louis Vuitton pearlized quilted tri fold handbag with gold hardware;
450. Louis Vuitton brown classic trunk, small with LV grey, red, pink, tan scarf wrapped handle;
451. Louis Vuitton pink scalloped bottom with beaded siding with green, orange and purple blobs, small;
452. Givenchy hot pink Disney toddler girls bomber;
453. Kate Spade small green purse with gold chain - Tinkerbell;
454. Louis Vuitton large square gold and black glitter rims sunglasses;
455. Louis Vuitton Brown classic trunk Sunglass case;
456. Tori Burch sunglasses blue and silver - cat eye;
457. Gucci rose colored sunglasses with gold;
458. Gucci white with clear rhinestone cat eye sunglasses;
459. Chanel pink sport sunglasses;
460. Ray Ban Disney polarized black sunglasses "Clubmaster";
461. Louis Vuitton White with mirrored lenses;
462. Louis Vuitton sunglasses with LV and LV designs on top of lenses - gold trim/stems;
463. Ray Ban gold aviator style sunglasses;
464. Dooney & Bourke "Disney 100" Silver metallic tote;
465. Dooney & Bourke "Rescuers" tote;
466. Dooney & Bourke tote, Christmas/Winter Disney with red plaid interior;
467. Dooney & Bourke crossbody "Ratatouille";
468. Fendi Green, cream, black silk scarf;
469. Louis Vuitton blue denim scarf;
470. Gucci wine silk scarf with floral motif with tags;
471. Louis Vuitton green, white and black bandana style scarf;
472. Louis Vuitton "Yayoi Kusama" Grey with blue and orange scarf;
473. Louis Vuitton "yayoi Kusama" black with multicolored dots scarf;
474. Louis Vuitton black with gold beads/crystals scarf;
475. Louis Vuitton pink silk scarf with yellow, blue and red chains;
476. Burberry cashmere plaid scarf (wide plaid);
477. Burberry cashmere plaid scarf (thin plaid);
478. Louis Vuitton "Yayoi Kusama" red and white polka dot silk scarf;
479. Louis Vuitton pink and Blue ombre cashmere scarf;

480. Dooney & Bourke pink "Disney land" shoulder bag with camel handle
481. Burberry bronze metallic shoulder bag;
482. Dooney & Bourke blue and white "Disneyland" theme;
483. Dooney & Bourke "Peter Pan" handbag;
484. Loungefly Disney Haunted Mansion bucket bag with broken teal chain;
485. Dooney & Bourke "Christmas" green & tan with Mickey;
486. Loungefly Navy blue 50th Anniversary jewelry bag;
487. Loungefly Black "Christmas" backpack;
488. Dooney & Bourke Disney Skyliner Medium/Large tote (Blue with Mickey and Minnie kissing in gondola);
489. Dooney & Bourke Large red Christmas tote with Christmas village background;
490. Louis Vuitton Black cowboy boots;
491. Black Jack black ankle cowboy style boots;
492. Coco Cabana Neon Orange Birkin style tote;
493. Louis Vuitton classic LV design Brown shoulder bag/tote;
494. Louis Vuitton chain link strap with Black and silver;
495. Gucci hot pink snake skin and taupe canvas strap;
496. Fendi blue linen and camel strap;
497. Louis Vuitton camel leather attachments and strap with lock;
498. Coach crocodile brown handbag with gold hardware and purple interior;
499. Coach mini purse Black leaver and suede diamond shape;
500. Coach Crossbody white with pink and multicolor "C";
501. Coach patchwork small purse )pastels on cream purse;
502. Coach cream canvas purse with aqua handle and multi colored "C"s;
503. Coach purple and dark brown shoulder bag small;
504. Coach lavender boho bag with Coach charm accessories;
505. Chanel black quilted purse with rope chain strap;
506. Chanel Navy shoulder bag with blue and silver rope chain strap;
507. Dooney & Bourke "Little Mermaid" handbag;
508. Dooney & Bourke Minnie Mouse small purse;
509. Dooney & Bourke Disney United Kingdom handbag small;
510. Dooney & Bourke white with camel straps mini back pack Disney "Patriotic" themed;
511. Dooney & Bourke Disney 101 Dalmatians theme;
512. Fendi Coachette bag real beige and soft gold snake skin pattern new with tags;
513. Fendi Tiffany Blue Coachette bag with soft gold "F";
514. Fendi Denim astrology Coachette bag with the "F" in gold;
515. Fendi brown and black diaper bag;
516. Twister sheepskin leather cowboy hat with blue feather and feather sash;
517. Fendi Hat with black and silver rhinestone sash;
518. Louis Vuitton fake hat - brown with gold chain sash;

519. Camel felt hat with LV monogram rhinestone;
520. Louis Vuitton straw fedora style with blue LV sash;
521. Gucci beige and navy GG symbols slip on sandals;
522. Gucci taupe and lavender platform wedge sandals;
523. Hermes brown fur slip on sandals;
524. Fendi brown slip on sandals;
525. Fendi brown snake skin "Birkenstock Arizona" style;
526. Louis Vuitton Green crocodile bifold cc wallet;
527. Louis Vuitton cream crocodile bifold wallet;
528. Louis Vuitton blue crocodile bifold wallet (monogram "DB") LV on exterior;
529. Louis Vuitton Aquamarine crocodile bifold wallet;
530. Louis Vuitton silver crocodile bifold wallet;
531. Louis Vuitton green LV design bifold wallet;
532. Louis Vuitton grey/silver crocodile bifold wallet (LV on exterior);
533. Louis Vuitton metallic blue crocodile bifold wallet;
534. Louis Vuitton light blue crocodile bifold wallet;
535. Louis Vuitton black dot style billfold wallet;
536. Louis Vuitton yellow crocodile bifold wallet;
537. Louis Vuitton teal and neon green crocodile with black LV on exterior bifold wallet;
538. Louis Vuitton army green crocodile bifold wallet;
539. Louis Vuitton dark blue/Black metallic crocodile cc holder/wallet;
540. Louis Vuitton Teal and Bronze metallic bifold wallet with bronze LV on exterior;
541. Louis Vuitton Black ombre crocodile cc wallet;
542. Louis Vuitton Silver crocodile cc wallet with silver LV on exterior;
543. Louis Vuitton blue with dots bifold wallet with silver LV on exterior;
544. Louis Vuitton black crocodile bifold wallet;
545. Louis Vuitton blue, black and taupe cc wallet;
546. Louis Vuitton emerald green crocodile bifold wallet;
547. Louis Vuitton cobalt blue crocodile bifold wallet;
548. Louis Vuitton silver to black ombre crocodile bifold wallet with black LV on exterior;
549. Fendi brown F and Black crocodile bifold wallet;
550. Dooney & Bourke Disney World 50th black tote with iridescent castles;
551. Dooney & Bourke small blue shoulder bag with chip & dale, and other characters "Disney Afternoon";
552. Dooney & Bourke cruse nautical small shoulder bag, blue with light blue and camel strap;
553. Dooney & Bourke magenta trifold shoulder bag/clutch Mulan theme;
554. Dooney & Bourke light aqua Disney Parks tote with camel strap;
555. Dooney and Bourke Dogs small shoulder bag with Up "Doug";
556. Dooney & Bourke Christmas Dog crossbody;

557. Dooney & Bourke Mary Poppins clutch with black strap;
558. Dooney & Bourke "Moana" backpack, yellow with camel straps;
559. Dooney & Bourke pink and light blue Minnie shoulder bag;
560. Dooney & Bourke Pink with light camel strap and tassel, "Disney Dogs";
561. Dooney & Bourke green bag with "Robin Hood" and tags handbag;
562. Dooney & Bourke Disney Parks blue with camel trim, pictures of ride, popcorn machine etc.;
563. Dooney & Bourke Disney "Ariel" crossbody, light blue;
564. Dooney & Bourke pink tote "Food and Wine Festival 2022";
565. Dooney & Bourke "Epcot" handbag/tote, white;
566. Louis Vuitton brown classic LV design belt;
567. Louis Vuitton blue LV belt 110/44;
568. Louis Vuitton blue LV belt 100/40;
569. Louis Vuitton brown classic LV design belt;
570. Louis Vuitton black purse strap;
571. Louis Vuitton pink purse strap;
572. Louis Vuitton black classic LV design tube clutch;
573. Louis Vuitton yellow black and white scarf ;
574. Louis Vuitton red and white dot scarf (purse scarf);
575. Louis Vuitton pink and black purse scarf;
576. Fendi brown animal print purse scarf;
577. Stony Clover black with Disney character Mact Tday balloon theme - Makeup bag;
578. Louis Vuitton brown classic LV design shaving bag;
579. Coach green crossbody with Mickey and Pluto sledding;
580. Kate Spade navy "Lady & the Tramp" small tote;
581. Kate Spade Gingerbread house handbag/trunk;
582. Kate Spade white small tote with Mickey and Minnie kissing;
583. Louis Vuitton black and brown with gold sneakers;
584. Louis Vuitton White with beige and brown checked and gold sneakers;
585. Louis Vuitton with rattan and white sneakers;
586. Louis Vuitton pink and white sneakers;
587. Louis Vuitton Blue denim sneakers;
588. Fendi calf boot with kitten heel, brown snake skin;
589. Louis Vuitton combat with heel, brown and black;
590. Louis Vuitton washed black ankle cowboy boots;
591. Louis Vuitton black and gold cowboy boots;
592. Kate Spade black mini backpack;
593. Coach Minnie Mouse keychain;
594. Kate Spade black 50th anniversary gold polka dots handbag;
595. Dooney & Bourke purple handbag "Aladdin - Princess Jasmine";
596. Coach Houndstooth with burgundy bow clutch/handbag;
597. Coach red Mickey Motorcycle handbag;

598. Dooney & Bourke Disneyland Paris 30 years of magic purse - with tags;
599. Coach patchwork small brown with multi color dark squares;
600. Coach brown Walt Disney World crossbody handbag;
601. Kate Spade Snow White white with red double purse;
602. Coach small white with multi color suede polka dots;
603. Coach small tan with neutral color polka dots handbag;
604. Coach pink houndstooth and patten leather small handbag;
605. Coach "Pluto" mustard handbag;
606. Coach brown classic C design cross body handbag;
607. Dooney & Bourke Retro Mickey (aqua white and red) handbag;
608. Gucci Black glitter/beaded handbag with gold hardware and chain strap;
609. Gucci evergreen crocodile handbag;
610. Gucci rose gold snake skin sides with wood handle handbag;
611. Gucci green black python with blue asp closure;
612. Gucci rose gold beaded/rhinestone handbag with chain strap;
613. Marc Jacobs sunglasses red /blue stems with Jacob case;
614. Coach wallet – brown;
615. Coach black C design Ipod case;
616. Tiffany small coin pouch;
617. Coach green passport holder/cover;
618. Louis Vuitton white cap sleeve sundress;
619. Camilla scarf belt wide leg pant blue striped pants and floral scarf (with tags);
620. Louis Vuitton Navy cinched waist coat;
621. Gucci Beaded black cardigan;
622. Louis Vuitton cream and black striped with "Vuitton" on Luis Vuitton hanger;
623. Camilla Disney eye mask with tags;
624. Camilla clutch with rhinestones - canvas green;
625. Coach brown buffalo plaid coat;
626. Neon yellow baseball cap with LV sewed on (Fake);
627. Gucci tan vest with teddy bears on Gucci hanger (child);
628. Gucci brown dress coat (child) w/ yellow flower eyes;
629. Lilly Pulitzer Disney Aqua Hawaii Disney Backpack;
630. Kate Spade White with Minnie and red polka dots with Minnie key chain;
631. Fendi Navy with pearled "F" buckle;
632. Fendi yellow crocodile bifold;
633. Louis Vuitton smokey light blue bifold wallet;
634. Louis Vuitton mirrored lens with black frame sunglasses in LV cloth bag and case;
635. Louis Vuitton silver shoe key chain in LV bag and box;
636. Louis Vuitton Blue frame and LV design on lenses in LV case and cloth bag;
637. Louis Vuitton aviators with checkered lenses and silver frames in LV cloth bag and case in box;

638. Louis Vuitton thick Black frame with gold in black LV case in LV cloth bag and box;
639. Gucci tan and brown exterior with navy interior bifold wallet in Gucci green box;
640. Louis Vuitton gold beaded and cream handbag – small;
641. Louis Vuitton brown classic LV design circle trunk handbag;
642. Louis Vuitton silver rhinestone with gold trim small trunk/suit case handbag with strap;
643. Louis Vuitton brown with gold hardware jewelry box (large ring box)
644. Louis Vuitton pink pearlized animal print handbag;
645. Louis Vuitton medium "1854" salmon trim with rose gold hardware and cream trunk handbag;
646. Louis Vuitton pink fur flower;
647. Louis Vuitton cream handbag with pink pearlized closure;
648. Louis Vuitton brown classic LV design coin purse /carabiner;
649. Louis Vuitton Gold case with keys - jewelry box;
650. Louis Vuitton mens oxford white with Blue LV design ($2200 USD);
651. Louis Vuitton camel/peach button up with LV design in cream;
652. Louis Vuitton butter yellow with flowers light coat;
653. Louis Vuitton light blue with white LV design light coat and gold zipper/hardware;
654. Louis Vuitton Caftan shirt dress ($3550USD) with tags - white with blue LV design w/belt;
655. Louis Vuitton white sailor theme top with red/ blue LV design;
656. Louis Vuitton Pink handkerchief shirt with orange LV design on side;
657. Louis Vuitton cap sleeve top with blue Hawaiian print;
658. Louis Vuitton masculine shirt with pockets, camel with brown LV design - button up;
659. Louis Vuitton light blue handkerchief shirt with yellow LV design on side
660. Louis Vuitton classic shirt orange jungle print;
661. Louis Vuitton brown classic LV design square case /treasure box;
662. Louis Vuitton green with gold hardware clutch/wristlet;
663. Louis Vuitton fringed black wristlet with animal hide/fur squares "Keepin it gypsy";
664. Louis Vuitton metallic cowhide print brown fringed crossbody/shoulder handbag;
665. Louis Vuitton diamond rectangular jewelry box with blurry LV design brown and camel;
666. Louis Vuitton white with pink LV design envelope pouch small;
667. Louis Vuitton white with yellow LV design envelope pouch mini;
668. Louis Vuitton green and white zipper pouch;
669. Louis Vuitton Yayoi Kusama 2023 black and white polka dot zipper pouch;
670. Louis Vuitton cream polo with Silver Rhinestone LV monogram on chest;

671. Louis Vuitton natural button up with floral LV flower design;
672. Louis Vuitton Royal blue crocodile bifold wallet in cloth bag and box;
673. Gucci black with rhinestones sunglasses;
674. Gucci silver with rhinestones sunglasses;
675. Hermes Birken – Blue;
676. Baby Birkin decoration;
677. Hermes scarf - Blue nautical theme;
678. Louis Vuitton pink snap wallet with light pink LV closure;
679. Louis Vuitton neon yellow zipper wallet;
680. Louis Vuitton black slide sandals;
681. Louis Vuitton dark teal small trifold zipper wallet;
682. Gucci brown mickey fanny pack/handbag;
683. Louis Vuitton red and white polka dot large trifold wallet Yayoi Kusama;
684. Louis Vuitton white with Blue LV design envelope pouch;
685. Abas pink leather passport cover "US Passport";
686. Louis Vuitton Brown with red trifold zipper wallet;
687. Louis Vuitton black with white polka dot tri fold zipper wallet;
688. Louis Vuitton pink bifold wallet;
689. Louis Vuitton black with multi color polka dots bifold wallet;
690. Louis Vuitton neon yellow card holder;
691. Louis Vuitton smoky blue dot handbag – tote;
692. Gucci half snake skin half Gucci design two straps wood handle handbag;
693. Gucci snake skin clutch with wooden handle;
694. Gucci wine small tote/handbag with gold hardware and gold chain strap;
695. Gucci pink snake skin small tote with wooden handle;
696. Gucci black and rhinestone pattern all over with silver hook closure shoulder bag/handbag;
697. Tory Birch wine fold over shoulder bag with gold hardware;
698. Louis Vuitton "Keep it Gypsy" fanny pack size crossbody brown;
699. Coach camel handbag with mickey mouse stencil and yellow shoes;
700. Kate Spade bifold wallet with Snow White;
701. Burberry trifold wallet brown and black;
702. Coach cream /pale pink bifold zipper wallet with Minnie Mouse;
703. Indian Motorcycles black quilted leather wallet;
704. Coach pink small wristlet;
705. Coach Scottish plaid wristlet;
706. Kate Spade navy wallet "Lady & the Tramp";
707. Dooney & Bourke blue with Minnie mouse and flowers wristlet;
708. Dooney & Bourke pink trifold wristlet with Minnie and Mickey Love and Hearts;
709. Louis Vuitton iPhone case with strap;
710. Louis Vuitton airpod case;
711. Kate Spade black bifold wallet with Minnie Mouse bow;

712. Louis Vuitton wine bifold wallet;
713. Louis Vuitton yellow purse strap;
714. Coach wristlet - burlap with bee and sunflower;
715. Coach Mulberry wristlet;
716. Coach wristlet with pink and purple with brown C design;
717. Coach camel plaid with dark brown strap and detail wristlet;
718. Coach camel leather pouch wallet;
719. Coach blue coin purse -small with Mickey stencil and yellow shoes;
720. Coach purple and dark brown coin purse key chain;
721. Coach black leather wristlet;
722. Gucci felt sunglass case – empty;
723. Ray Ban 50th anniversary aviators;
724. Versace polarized black cat eye sun; glasses;
725. Louis Vuitton large brown sunglasses;
726. Coach brown and pink with rhinestone butterfly on stem sunglasses;
727. Ray Ban coral leather sun glass case;
728. Ray ban Little Mermaid sunglasses in teal Ray ban case;
729. Louis Vuitton Yayoi Kusama Red and White polka dot sunglasses;
730. Alexander McQueen tortoise shell with silver beading on rim sunglasses;
731. Gucci "Hollywood Forever" with rhinestone stars sunglasses;
732. Coach taupe sunglasses;
733. Ray Ban white Disney 100 sunglasses;
734. Louis Vuitton gold rim with Flower on bridge sunglasses;
735. Louis Vuitton windbreaker red white and blue joggers;
736. Louis Vuitton black leggings with brown LV design on waistband w/tags;
737. Louis Vuitton black and white windbreaker joggers;
738. Coach hoodie , brown with Mickey Mouse '71;
739. Louis Vuitton wide leg pajama pants; , beige rose with tags ($2270 USD) in Louis Vuitton cloth garment;
740. Louis Vuitton gold rim, dark lens sunglasses in blue LV case;
741. Gucci Gold rim dark lens sunglasses in black Gucci case;
742. No Name gold rim ombre lens sunglasses;
743. Louis Vuitton dark rim, with LV design wrapped stems aviator style sunglasses;
744. Louis Vuitton white suitcase with yellow trim and camel handle/accents in Louis Vuitton cloth bag;
745. Louis Vuitton white suitcase with yellow trim and camel handle/accents in Louis Vuitton cloth bag;
746. Loungefly purple backpack with book design;
747. Dooney & Bourke blueish purple 50th Anniversary Walt Disney World with "Allice, Dumbo etc) tote;
748. Louis Vuitton small jewelry box with My Disney Princess;
749. Louis Vuitton pink Iphone case with Mickey Mouse;

750. Louis Vuitton brown phone case with saddle brown belt with gold LV;
751. Louis Vuitton green, teal phone case with Mickey Mouse;
752. Blue on Blue Louis Vuitton bifold wallet/cc wallet;
753. Louis Vuitton black & grey LV design airpod case;
754. Coach saddle water buffalo leather billfold wallet;
755. Empty Louis Vuitton box with blue watch LV box;
756. Green Rolex box with the Submariner anchor medallion;
757. Green Rolex Box with pillow;
758. Small Tiffany box;
759. Fendi Box with cloth bag;
760. Louis Vuitton box with small blue LV ring box;
761. Large green Rolex boxes (4);
762. Empty cloth Louis Vuitton bags (19);
763. Empty cloth Gucci bags (4);
764. Empty green quilted large Gucci bag;
765. Fendi empty cloth bag;
766. Louis Vuitton empty box – large;
767. Louis Vuitton blue empty box;
768. Gucci small green quilted pouch;
769. Louis Vuitton empty cloth bags (13 various sizes);
770. two (2) Louis Vuitton empty garment bags;
771. One (1) Hermes empty cloth bag;
772. Gucci Box (empty) pink with green quilted interior and a green quilted soft side bag;
773. Eight (8) Louis Vuitton cloth empty bags;
774. Louis Vuitton empty cloth bags;
775. Louis Vuitton pillow;
776. Louis Vuitton empty sunglass cloth bag;
777. Eight (8) Louis Vuitton purse pillows;
778. Sixteen (16) empty cloth Louis Vuitton cover bags;
779. Louis Vuitton Leather Flower arrangement in Louis Vuitton Vase;
780. Civil War presentation sword 1850 officer's sword inscribed on the brass scabbard and blade engrave;
781. Pirate- wall hanging from Fine art dealer;
782. Disney Wood Mickey Sculpture;
783. Disney Wood Donald Duck sculpture;
784. Disney Wood Ariel sculpture;
785. Louis Vuitton family Flowers Wood Sculptures;
786. Gold Ellis Island Coin;
787. Louis Vuitton "Nanogram" wireless speaker in copper;
788. Louis Vuitton "Nanogram" wireless speaker in copper;