UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-cr-337 (KMM/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | OBJECTIONS TO MAGISTRATE |
| ) | JUDGE DOCHERTY'S ORDER |
| ) | (Doc. 88) |
| v. ) | |
| ) | |
| Shawn Grygo, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Loc. R. 72.2(b), defendant Shawn Grygo hereby objects to the Order of Magistrate Judge Docherty, insofar as it misconstrues the government's outstanding obligations to fully comply with Criminal Rule of Procedure 16 and denies the defendant's specific discovery demand absent an agreement by the Government.

Ms. Grygo respectfully argues that Magistrate Judge Docherty erred by not (1) Ordering the government to produce specifically targeted items of discovery as outlined in paragraph 1 (a)-(k) her motion for discovery Doc. 88. 2) by misconstruing the defendants' motion for full compliance with Rule 16 and the Government's discovery obligations as merely a concern about the volume of discovery. No doubt the volume of data is oppressive, yet the issue presented in the motion and addressed in the hearing was not just with what had been disclosed, but what has not yet been disclosed or disclosed in a fashion that is readily usable by the defense.

Dated: December 1, 2025

Respectfully submitted,

*Patrick L. Cotter*

_____
Patrick L. Cotter
Attorney I.D. 0319120
SIEBEN & COTTER, PLLC
105 Hardman Court, Suite 110
South St. Paul, MN 55074
651-455-1555

Attorney for Defendant