UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>vs.<br><br>Shawn Grygo,<br>Defendant. | Case No. 0:24-CR-00337-KMM-JFD-1<br><br>**NOTICE OF APPEARANCE OF<br>RYAN D. PETERSON** |

PLEASE TAKE NOTICE that the undersigned attorney hereby notifies the Court and counsel that Ryan D. Peterson shall appear as counsel of record for Defendant Shawn Grygo in the above-titled case.

Dated: December 29, 2025        Respectfully Submitted,

PETERSON LEGAL, PLLC

/s/ Ryan D. Peterson
Ryan D. Peterson (#0389607)
6600 France Ave S, Suite 602
Edina, MN 55435
(612) 367-6568
ryan@peterson.legal

ATTORNEY FOR DEFENDANT