# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 0:24-CR-00337-KMM-JFD-1

**Case Title:** *Untied States of America v. Shawn Grygo*

### Affidavit of Movant

    I, **Ryan D. Peterson**, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit, *pro hac vice*, **Joshua Sabert Lowther**, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Northern District of Georgia, but not admitted to the bar of this Court, who will be counsel for Defendant **Shawn Grygo** in the case listed above.

    I am aware that the local rules of this court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

Signature: *s/ Ryan D. Peterson*    Date: December 29, 2025
MN Attorney License #: 0389607

1

## Affidavit of Proposed Admittee

I, **Joshua Sabert Lowther**, am currently a member in good standing of the U.S. District Court for the Northern District of Georgia, but am not admitted to the bar of this Court. I understand that if this Court grants me admission, *pro hac vice*, the moving attorney identified in this motion or another active member in good standing of the bar of this Court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by L.R. 83.5(d). I further understand that although L.R. 83.5(d) does not itself require that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this Court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules. I further understand that pursuant to LR 83.6(a), if this Court grants me admission, *pro hac vice*, I must comply with the Minnesota Rules of Professional Conduct. I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: _/s/ Joshua Sabert Lowther_   Date: December 29, 2025

Typed Name: Joshua Sabert Lowther

Attorney License Number: 460398 issued by the State of Georgia.

Law Firm Name: Lowther | Walker LLC

Law Firm Address: 101 Marietta Street, NW, Suite 3650, Atlanta, GA 30303

Main phone: (404) 496-4052    Direct line: (404) 496-4052 x 700

E-mail address: jlowther@lowtherwalker.com