# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 0:24-CR-00337-KMM-JFD-1 |
| | ) | |
| v. | ) | **MOTION TO WITHDRAW** |
| | ) | **DOCUMENTS** |
| SHAWN GRYGO, *ET AL.* | ) | |

Ms. SHAWN GRYGO, pursuant to Fed. R. Crim. P. 59(a), respectfully moves this Court to allow her to withdraw the following documents:

(1)    Objections to Magistrate Judge Docherty's Order (ECF No. 90); and

(2)    Defendant's Memorandum of Law in Support of Objections to Magistrate Judge Docherty's Order (Doc. 88) (ECF No. 91).

The parties have resolved the subject issues by agreement.

Date:        April 10, 2026

Respectfully submitted,

*s/ Joshua Sabert Lowther*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Admitted *Pro Hac Vice*
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4952 | F 866.816.7950
www.lowtherwalker.com

Attorney for Defendant
Shawn Grygo